1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  MATTHEW J. ADLER (SBN 273147)
   matthew.adler@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendant
   COMCAST HOLDINGS CORPORATION
7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  TREVOR THOMAS,                          Case No. 2:14-cv-02428-TLN-DAD

12                      Plaintiff,          **STIPULATION AND ORDER TO
                                            FURTHER EXTEND TIME FOR
13  v.                                      DEFENDANT TO RESPOND TO
                                            COMPLAINT**
14  COMCAST HOLDINGS
    CORPORATION; and DOES 1-10,
15  inclusive,

16                      Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER TO
FURTHER EXTEND TIME FOR DEFENDANT TO
RESPOND TO COMPLAINT

CASE NO. 2:14-CV-02428-TLN-DAD

1    WHEREAS, Plaintiff Trevor Thomas (Plaintiff) filed a Complaint on October 16, 2014;

2    WHEREAS, Plaintiff served the Complaint on Defendant Comcast Holdings Corporation

3    (Defendant) on October 27, 2014;

4    WHEREAS, the initial responsive pleading deadline for Defendant was November 17,

5    2014;

6    WHEREAS, pursuant to Local Rule 144(a), the parties agreed to extend Defendant's

7    responsive pleading deadline by twenty-eight (28) days, as set forth in a stipulation filed on

8    November 14, 2014 (D.E. 6);

9    WHEREAS, the current responsive pleading deadline for Defendant is December 15,

10   2014;

11   WHEREAS, Defendant is presently reviewing the Complaint and investigating Plaintiff's

12   allegations, and requires an additional week to complete its investigation and prepare its response

13   to the Complaint;

14   WHEREAS, the parties through counsel have met and conferred and reached agreement to

15   further extend Defendant's responsive pleading deadline by seven (7) days;

16   WHEREAS, the proposed extension set forth herein will not impact any further

17   scheduling in this action;

18   THEREFORE, IT IS HEREBY STIPULATED by the parties through their respective

19   counsel that the deadline for Defendant to respond to the Complaint is continued to and including

20   December 22, 2014.

21   IT IS SO STIPULATED.

22

23

24

25

26

27

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER TO FURTHER EXTEND
TIME FOR DEFENDANT TO RESPOND TO
COMPLAINT                                   - 1 -          CASE NO. 2:14-CV-02428-TLN-DAD

1    Dated: December 12, 2014                    LEMBERG LAW, LLC

2

3                                                By: /s/ Trinette G. Kent (authorized 12.12.14)
                                                     Trinette G. Kent
4
                                                 Attorneys for Plaintiff
5                                                TREVOR THOMAS

6
     Dated: December 12, 2014                    DRINKER BIDDLE & REATH LLP
7

8
                                                 By: /s Michael J. Stortz
9                                                    Michael J. Stortz
                                                     Matthew J. Adler
10
                                                 Attorneys for Defendant
11                                               COMCAST HOLDINGS CORPORATION

12

13   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14

15   Dated:  December 23, 2014

16

17

18                                               Troy L. Nunley
                                                 United States District Judge
19

20

21

22

23

24

25

26

27

28