UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>COMCAST HOLDINGS CORPORATION; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:14-cv-02428-TLN-AC<br><br>**ORDER** |

This matter is before the Court on Defendant Comcast Holdings Corporation's ("Defendant") Motion to Compel Individual Arbitration and Stay Proceedings. (ECF No. 15.) Plaintiff Trevor Thomas ("Plaintiff") submitted a Statement of Non-Opposition to the motion. (ECF No. 16.) Having carefully considered the briefings filed by both parties, the Court finds good cause under the Federal Arbitration Act, 9 U.S.C. §§ 1–16, to compel Plaintiff to arbitrate the claims enumerated in his complaint. Therefore, Comcast's motion is **GRANTED** in its entirety and these proceedings are **STAYED** pending resolution of arbitration.

    **IT IS SO ORDERED**.

Dated: April 26, 2016

Troy L. Nunley
United States District Judge